United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 27, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| Q'MAX AMERICA, INC., ET AL. | § | 20-60030-CML |
| | § | |
| DEBTORS | § | CHAPTER 7 |
| | § | |
| CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE; | § | |
| | § | |
| Plaintiff; | § | ADV. PROC. NO. 22-06054 |
| v. | § | |
| | § | |
| WEGO CHEMICAL LLC; | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT WEGO CHEMICAL LLC'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

BE IT REMEMBERED that on this day, the Court considered Defendant Wego Chemical LLC's Motion to Dismiss Plaintiff's Original Complaint for Failure to State a Claim Upon Which Relief Can Be Granted. The Court finds that Plaintiff Christopher R. Murray, Chapter 7 Trustee, has failed to state a claim against Defendant Wego Chemical LLC upon which relief can be granted and that the motion to dismiss should be in all things granted. It is therefore

ORDERED that Defendant Wego Chemical LLC's Motion to Dismiss Plaintiff's Original Complaint for Failure to State a Claim Upon Which Relief Can Be Granted is granted and that all claims of Plaintiff Christopher R. Murray, Chapter 7 Trustee, against Defendant Wego Chemical LLC are hereby dismissed.

Signed: October 25, 2022

Christopher Lopez
United States Bankruptcy Judge